IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH W. PEEPLES, III | § | |
| VS. | § | CIVIL ACTION NO. 1:21-cv-459 |
| FEDERAL BUREAU OF PRISONS | § | |

### REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Joseph W. Peeples, III, an inmate confined within the Bureau of Prisons, proceeding *pro se*, filed the above styled civil rights lawsuit. This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

### Discussion

Plaintiff has filed two motions seeking immediate relief (docs. #8 and #11.). The court construes the motions as requesting a preliminary injunction.

At the time Plaintiff filed his Complaint and his motions, he was incarcerated at the United States Penitentiary at Beaumont, Texas. According to the website operated by the Bureau of Prisons, Plaintiff has been transferred to the United States Penitentiary at Lewisburg, Pennsylvania.[1] A transfer to another correctional facility renders a claim for injunctive relief based on conditions at a litigant's former correctional facility moot. *Herman v. Holiday*, 238 F.3d 660, 665 (5th Cir. 2001). The motions for preliminary injunction should therefore be denied as moot.

The Clerk of Court shall change the docket sheet in this matter to reflect that Plaintiff's address is USP Lewisburg, P.O. Box 1000, Lewisburg, PA 17837.

### Recommendation

Plaintiff's motions for preliminary injunction should be denied as moot.

---

[1] https://www.bop.gov/inmateloc/

<u>Objections</u>

Objections must be (1) specific, (2) in writing, and (3) served and filed within 14 days after being served with a copy of this report.  28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to object bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996) (*en banc*).

**SIGNED this the 22nd day of June, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE