| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

JOSEPH W. PEEPLES, III, §
　　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:21-CV-459
　　　　　　　　　　　　　　　　§
FEDERAL BUREAU OF PRISONS, §
　　　　　　　　　　　　　　　　§
　　　　　Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Joseph W. Peeples, III, an inmate confined within the Bureau of Prisons, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court previously ordered that this matter be referred to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

Plaintiff has filed two motions which were construed as seeking a preliminary injunction. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the motions. The magistrate judge recommends that the motions be denied as moot.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions in the Report are correct and the Report of the magistrate judge is **ADOPTED** as the opinion of the court. Plaintiff's motions for preliminary injunction (#s 8 and 11) are **DENIED** as moot.

SIGNED at Beaumont, Texas, this 26th day of July, 2022.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE